# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150002

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RICHARD LEELAND GIRARD,
     Defendant-Appellant.

SC: 150002
COA: 321006
Crawford CC: 03-002110-FC

_____/

     On order of the Court, the application for leave to appeal the June 27, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2015



Clerk

a0518